UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHADWICK WRIGHT (#368195)

VERSUS

LA. DEPARTMENT OF PUBLIC
SAFETY AND CORRECTIONS, ET AL.

CIVIL ACTION

NO. 13-342-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Stephen C. Riedlinger dated March 14, 2014 (doc. no. 50) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.  Accordingly, the defendant's Motion to Dismiss is denied as moot and this matter is referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, April 8, 2014.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA